393 A.2d 1277

Commonwealth v. Haynes, Appellant.

Argued April 14, 1978.  H. David Rothman, for appellant;  R. Horgos, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.